UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

———————————

No. 20-1633

(3:18-cv-00172-FDW-DSC)

———————————

RACHAN DAMIDI REDDY

Plaintiff - Appellee

v.

RASHID A. BUTTAR

Defendant - Appellant

_____

On Appeal from the

United States District Court for the Western District of North Carolina at Charlotte

Trial Court Case No. 3:18-cv-00172-FDW-DSC

_____

NOTICE OF APPEARANCE

_____

                                      Robert L. Sirianni, Jr., Esquire
                                      Texas Bar No. 24086378
                                      BROWNSTONE, P.A.
                                      P.O. Box 2047
                                      Winter Park, FL 32790
                                      Office: 407-388-1900
                                      Facsimile: 407-622-1511
                                      RobertSirianni@BrownstoneLaw.com

## NOTICE OF APPEARENCE

Comes Now, Robert Sirianni, Jr., Esq. and files this Notice of Appearance for Appellant, Rashid A. Buttar.

Respectfully Submitted,

*/s/ Robert L. Sirianni, Jr.*
Robert L. Sirianni, Jr.
Florida Bar No. 0684716
BROWNSTONE, P.A.
P.O. Box 2047
Winter Park, FL  32790
Office:  407-388-1900
Facsimile:  407-622-1511
robertsirianni@brownstonelaw.com

## CERTIFICATE OF SERVICE

Undersigned hereby certifies that on this 15th day of June, 2020, the foregoing document has been filed electronically which will serve all counsel of record.

*/s/ Robert L. Sirianni, Jr.*
Robert L. Sirianni, Jr.

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certifies that the body of this document contains 200 words according to Microsoft Word and using font Times New Romans, 14 point.

*/s/ Robert L. Sirianni, Jr.*
Robert L. Sirianni, Jr.
